**Order entered January 7, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01458-CV

### IN RE ANTWON BERNARD HAMILTON, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-080420-99**

## ORDER

Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's November 25, 2019 petition for writ of mandamus.

/s/    KEN MOLBERG
        JUSTICE